UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STEPHEN HENDERSON,

     Plaintiff,

v.                                                Case No.:  5:23-cv-262-SPC-PRL

R.C. CHEATHAM, GARY
VENUTO, FNU MEZYK, FNU
DIMIS, and UNITED STATES OF
AMERICA,

     Defendants.

_____/

## ORDER

This matter comes before the Court on review of the file.  Plaintiff Stephen Henderson, then a federal prisoner, initiated this *pro se* action by filing a civil rights complaint on April 24, 2023.  (Doc. 1).  On February 22, 2024, the Court ordered Henderson to complete the necessary service forms within 21 days.  (Doc. 22).  The Court cautioned Henderson that failure to comply would result in the dismissal of this action without further notice.  (*Id.* at 2).  Additionally, on March 28, 2024, the Court ordered Henderson to show cause why this action should not be dismissed for failure to keep the Court apprised of his current address.  (Doc. 23).  Both orders have been returned as undeliverable.  Henderson was released from custody on February 26, 2024, and has failed to inform the Court of his updated address.  Henderson was warned that the failure to advise the Court of his current mailing address

may result in dismissal of this action.   (Doc. 3 ¶ 8).   It appears Henderson has abandoned his case, and therefore dismissal is appropriate.

Accordingly, it is

**ORDERED**:

(1)    This action is **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

(2)    The Clerk is **DIRECTED** to enter judgement, deny as moot any pending motions, and close the file.

**DONE AND ORDERED** in Fort Myers, Florida this 16th day of April 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:   OCAP-2
Copies:   Plaintiff